12-12-00033-CR

To Clerk: Ashley Yount ( 12th court of Appeals )
1517 West Front Street
Suite 354
Tyler, TX 75702

RE: Cause NO. 114-1269-11

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 20 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

My name is James Earl Robertson TDCJ # 1890117 I am currently incarcerated at the Estelle unit here in Huntsville, Tx. I am totally blind and I've had another Inmate that was supposed to be helping me, tried to extort my mother for money for my records. My mother has reported Him to TDCJ and a lawyer for his Actions.
Please I'm asking you if you could please send me a copy of all the records & Decisions this Court has made.

Thank you very much for your Time & Help

Sincerely Yours

August 17, 2015    James Earl Robertson JR
#1890117

x James Robertson